District court of MASSACHUSETTS

RECEIPT # 60209
AMOUNT $ 150.00
SUMMONS ISS. yes
LOCAL RULE 4.1
WAIVER OF SERV.
ISSUED
120 OR 121

Plaintiff: Michael J Hyde

Defendant: State of Massachusetts

04-12429 RWZ

Referred to MJ RBCollins

The Plaintiff is a resident of Stoughton MA Plymouth County in the State of Massachusetts and is a documented Citizen / natural person of the United States.

The Defendants entities are assumed to be US Citizens and Living in MAssachusetts

Jurisdiction

This Court has Jurisdiction over this matter Pursuant to 28 USC 1331.

1) On ● 15 2003, paul ●●● of the Framingham State Police pulled me over on interstate Highway 128 based on the color of my License plate. At the stop this officer had his gun drawn and had me removed from my car. I was driving a sports car and had long hair in which the officer profiled me as a "drug dealer". He placed me in cuffs and as i recalled durring my entire exposior to Baker, he never read or explained my rights.

He entered my Vehical without a warrent and cited he placed me in cuff for his saftey but never radioed for back up. Upon tearing my car up he claimed he found a Voice Activated Recorder under the steering wheel open compartment and made a statement saying "You can get hurt for this". It was this time I realized this recoder must or could have activatal. I was not aware at the time for fear for my life I was to be killed with this gun pointed at me. I was charge with the State Statute Ch 272 Sec99 Wire tap.

The State of Massachusetts Dedham District Court has with the Police, used this property which just happens to be protected by U.S. Code Title 17 and possibly violating the R.I.C.O. Statute as well as my Civil rights. To this date, Dedham district Court has refused to give me a copy of my documentary ( A day in the life of Michael J Hyde).

3)

My Fifth amendment was infringed due to the fact that as soon as play was press on my recorder, my voice and being became a witness against my self. This property was taken for public use (the government is public and public financed) and was not compensated even though letters were sent to the Governors office, Office of Public Safety and The Atorny Generals office as well as some state and U.S. Senators.

The eight Amendment Cruel and Unusual Punishment. No one else ever was charged with this as to monitor/record a government official in open public. Not even the Record Industry has ever be charged for their illeagle activities of Wire tap. These are just a few Constitutional issuses off-hand not to mention the Violation to the State Constitution of MA.

I wish to be reunited to my inteclectual property that is protected by Title 17 (U.S. Code) that the State claims exists. I want the Federal District Court to Compell the Dedham District Court to Ceise and Dissist from using my property.

2)

The State of MA has not given due process of the law in such ways as to provide me the copy at my Arraignment, charge the officer for Altering evidence (the recording). As a note of intrest not a single District Attorny or Attorny General in MA has filed a wire tap against anyone else in the history or this law for document government actions in Public. Under the U.S. Code title 18 Section 2511 exemption 2-d, such a recording is Leagle and U.S. Code has Jurostiction in all 50 States. Also the RIAA has been monitoring Peoples home Computers thru a wire/Phone Connection to Peoples bedrooms and not a single District attorny or Attorny General has filed the wire tap charge against the RIAA which action is the very definition of wire tap.

The State has now Utillised my property with out my concent which Violates my Copyrights + Civil rights. The First amendmendment garrenttys Freedom of speech but its that speech of mine their using to Persicute me. The Second Amendmend is Violated because my right To bear arms (the Constitution never states guns as To not limit ones right to defend on any condition) as to bring the truth in to Court or to maintain a "Well Regulated melisha" People empowered with the reality of what truly goes on durring government encounters. My Fourth Ammendment to be free from a warrentless Search, and siesure.

# WARNING

The use of any and all forms of intellectual property relating to Michael J Hyde is protected under Federal and International Law. Any use of this property without prior consent is in violation of United States Code Title 17 and the Berne Copyright Treaty. This warning is not designed to give amnesty to any entities that has violated these laws and others that are not listed here, this is merely a formal notice letting you know what can happen. It is up to the person(s) or entities that wish to utilize this property to contact its creator, Michael J Hyde. Because of the nature of how this property was taken with out permission and with a firearm drawn on it's creator on a Federally funded Interstate Highway, other laws may apply including the RICO STATUTE.

Intellectual property of Michael J Hyde includes any and all representations of his images, sounds, thoughts weather past, present and future. Images include photos, video, medical films, tattoos, DNA, visual costumes or characters, fingerprints, staged performances, in essence all visual data that is identified as Michael J Hyde. Sounds include devices used to make a musical performance and or sound recording, vocal recordings for music, dialog to a live performance, any character created sonically or vocally, documentaries such as A Day In The Life OF Michael J Hyde, in essence all sounds identified as that of Michael J Hyde. Thoughts include all creative concepts abstract and or concrete that are fixed to a tangible format such as a photo, micro cassette, compact disc, electronic storage device, etc.

Michael J Hyde reserves all rights to all forms of intellectual property created by Michael J Hyde unless otherwise specified in writing. Unless otherwise specified to use, copy, or have anything to do with this property be aware that to use this intellectual property, it has a value affixed to it of $230,000,000 (two hundred thirty million U S dollars) However if this intellectual property is used prier to Michael J Hyde receiving the payment specified with intent to harm and causes injury to Michael J Hyde such as physical, mental, legal or any other detrimental harm to Michael J Hyde, the affixed value will now be $230,000,000,000 (two hundred thirty billion U S dollars). Michael J Hyde has the right to employ the use of any Federal or International laws that pertain to recovering damages to commercial value of any and all intellectual property. Also Michael J Hyde has the right to incorporate any foreign entities and or persons to file suit in foreign courts including Europe on his behalf. Please note, the U S Supreme has allowed a lawsuit to be filed in U S District Court in the case of Austria v Altmann which deals with intellectual property stated over $100 million dollars. This legal road is a two way street in which many countries may want to travel and the intellectual property of Michael J Hyde may be a fine vehicle for Europe to travel on.

If the cost of the property seems expensive in excess in which you are willing to spend, then it is suggested that you cease and desist from use and possession of this property. Furthermore the application may seem selective but it is not intended that way and is no excuse to violate copyright laws that protect the property of Michael J Hyde.

# ATTENTION

        I, Michael J Hyde, am writing this formal letter to let you know that your state agencies have in their possession an office device (voice activated recorder) that is located at the Framingham State Police station. This device is in use at this state agency without compensation to the alleged owner Michael J Hyde. This exercise of the State without compensation is in violation of State Constitution (Article 1, 12 and 14) and United States Constitution (4th and 5th) Amendments just to name a few.

        The recorder has been in the states possession since February 15, 2003 and is built up late fees and interest charges. As of now being the date September 4, 2004, the total charges are $5550.00 US dollars. This breaks down to $7.50 a day at 566 days plus $20 overdue charges per month (19 months) plus 20% interest. Be aware that the daily rental fee will increase September 13th to $10.50 daily with the monthly overdue charges to $25.00 and interest charges to be set to 21.5%.

        It is imperative that this situation receives closure as to alleviate a complex situation from expanding to other legal and vastly more costly avenues. Please feel free to contact me at (home 781 341 4299), (work 617 697 8893) or write to Michael J Hyde at 148 Brickel Rd, Stoughton, MA, 02072

        This Attention Letter is intellectual property of Michael J Hyde and is protected by US Code Title 17 and other international treaties relating to intellectual property and is not to be copied or reproduced unless specified by Michael J Hyde.

Thank you for your attention, Michael J Hyde.


4.) I ●●● ●●●● Letters To ●●● State Entities (See enclosed ATTention and Warning Letters) detail my demands. They are To Pay $230,000,000 To Use my property or Pay $230,000,000,000. in damages To and for Use of my property as they were Told upfront at the Govenours office, ATTony Generals office, and office of Public Safty. To Avoid This I am first Seeking To have the Court install a Cerse and Disist order to Contain this Issue. I am Told The State District Court of MA (Dedham) is Planing To Use it in Court a leverage or Use + Copy on 11/24/04.

If The State Use this property for there Unconstitutional Cause + illeagle Cause I wish to have a Jury Trial and have my demands forfilled as Stated Above.

*Mike Hyde* (signature)

Michael J Hyde
148 Brickel Rd
Stoughton MA 02072
781 341 4299

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Michael J Hyde
148 Brickel Rd
Stoughton MA 02072

**DEFENDANTS**
Framingham State Police

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)
04-12429 RWZ

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury – Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
|  | ☐ 340 Marine | ☐ 690 Other |  | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage |  | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
|  |  |  | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** |  |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land |  ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 540 Mandamus & Other |  |  | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☒ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 |  |
|  | ☐ 555 Prison Condition |  |  |  |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Civil Rights Violations, Copyright infringement, Wire Tap (exemption) 18 Sec 2511 exemption 2-D
Due Process of the Law

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND** $ _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Michael Hyde__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    _✓_  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
                740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

    ___  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.

    ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                690, 810, 861-865, 870, 871, 875, 900.

    ___  V.    150, 152, 153.

    04-12429 RWZ

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
                                                                    YES      (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
                                                                    YES      NO

    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                                    YES      (NO)

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
                                                                    YES      NO

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
                                                                    YES      NO

    A.  IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
        EASTERN DIVISION        CENTRAL DIVISION        WESTERN DIVISION

    B.  IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
        EASTERN DIVISION        CENTRAL DIVISION        WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _____
ADDRESS _____
TELEPHONE NO. _____

(Cover sheet local.wpd - 11/27/00)