## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| **MICHAEL HYDE** ) | |
|   **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 04-12429-RWZ** |
| ) | |
| **STATE OF MASSACHUSETTS ET AL.,** ) | |
|   **Defendants.** ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

_____Please enter the appearance of the undersigned as counsel for the defendants, State

of Massachusetts, Governor Mitt Romney, Attorney General Thomas F. Reilly, Norfolk

District Attorney William Keating and Assistant District Attorney Jason Bolio in the

above-captioned matter.

Respectfully submitted,

**THOMAS F. REILLY**
**ATTORNEY GENERAL**

**/s/ Annette C. Benedetto**
**Annette C. Benedetto**
**Assistant Attorney General**
**Criminal Bureau**
**One Ashburton Place**
**Boston, Massachusetts 02108**
**(617) 727-2200**
**BBO No. 037060**

**2**

## CERTIFICATE OF SERVICE

_____I hereby certify that a true copy of the above document was served upon the following plaintiff,  pro se,  by first class mail, postage pre-paid, on April 7, 2005, at the following address:

**Michael Hyde, pro se**
**148 Brickel Rd.**
**Stoughton, MA 02072**

/s/Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General