Dear U.S. District Court Staff,

  I, Michael J Hyde have enclosed here the original certified mail receipts that was presented to the defendants relating to Civil Action no# 04-12429RWZ . I received a letter for the Attorneys office about some of the defendants, the ones list in the extension request but not all of them. As for the remaining defendants on the list, I don't know what events have taken place with them. They have received notice and they haven't responded as of yet. The Attorney Generals Office said it acknowledged only certain defendants .I have not been notified by any other entity as to the response of the remaining defendants.

  I would like to request, if possible, any additional letters or responses that may have been received by the court but wasn't relayed to me.

  Thank you for your efforts in this matter.


Sincerely Michael J Hyde.  Civil action no. 04-12429rwz