UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **MICHAEL HYDE**<br>    Plaintiff,<br><br>v.<br><br>**STATE OF MASSACHUSETTS ET AL.,**<br>    Defendants. | )<br>)<br>)<br>)<br>)    Civil Action No. 04-12429-RWZ<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the following additional defendants in the above-captioned matter: Dedham District Court Judge Thomas Connors, Clerk Magistrate of Dedham District Court Salvatore Paterna, Secretary of the Executive Office of Public Safety Edward Flynn and Former Norfolk County Assistant District Attorney Max Pearlman.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

## **CERTIFICATE OF SERVICE**

**I hereby certify that a true copy of the above document was served upon the following plaintiff, pro se, by first class mail, postage pre-paid, on June 27, 2005, at the following address:**

**Michael Hyde, pro se**
**148 Brickel Rd.**
**Stoughton, MA 02072**

                                              **/s/Annette C. Benedetto**
                                              **Annette C. Benedetto**
                                              **Assistant Attorney General**