## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>MICHAEL HYDE</td><td>)</td><td></td></tr>
<tr><td>  Plaintiff,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No. 04-12429-RWZ</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>STATE OF MASSACHUSETTS ET AL.,</td><td>)</td><td></td></tr>
<tr><td>  Defendants.</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
</table>

## <u>MOTION FOR A MORE DEFINITE STATEMENT</u>

Pursuant to Fed. R. Civ. P. 12(e), the defendants, State of Massachusetts, Clerk Magistrate Salvatore Paterna, Dedham District Court Judge Thomas Connors, Norfolk Count District Attorney William R. Keating, Norfolk County Assistant District Attorney Jason Bolio, Former Norfolk County Assistant District Attorney Max Pearlman, Massachusetts Commissioner of Public Safety Edward A. Flynn, Attorney General Thomas F. Reilly and Governor Mitt Romney, respectfully move this Court to order the plaintiff to submit a more definite statement of the legal claims and factual basis upon which his 42 U.S.C. § 1983 complaint is based.

The defendants rely on the accompanying memorandum of law in support of their motion for a more definite statement.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL
<u>/s/ Annette C. Benedetto</u>
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place

**2**

**Boston, Massachusetts 02108**
**(617) 727-2200**
**BBO No. 037060**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner by first-class mail, postage pre-paid, on June 27, 2005, addressed to him as follows:

**Michael J. Hyde**
**148 Brickel Rd.**
**Stoughton, MA 02072**

/s/ Annette C. Benedetto
**Annette C. Benedetto**
**Assistant Attorney General**