# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO.04-12429RWZ

Request For Default
July 7 2005

Plaintiff: Michael J Hyde

V.

Defendants: State of Massachusetts

    State Trooper Paul Baker
    State Trooper Rachael Ruthier

    Clerk-Magistrate of Dedham District Court  Salvatore Paterna
    Dedham District Court Judge Thomas Connors

    Norfolk County District Attorney William R. Keating
    Norfolk County Assistant District Attorney Jason Bolio
    Norfolk County Assistant District Attorney Max Pearlman

    Norfolk County House Of Correction

    Massachusetts State Police Crime Lab
    Carl Selavka Director of the Ma State Police Crime Lab
    Bob Pino CODIS Administrator of the Ma State Police Crime Lab

    Edward A. Flynn Massachusetts Office Of Public Safety

    Tom Reiley Attorney General of Massachusetts

    Mitt Romney Governor of Massachusetts

The plaintiff is a resident of Stoughton, Ma. Norfolk County in the State of Massachusetts and is a documented Citizen / natural person of the United States.

## Jurisdiction

This Court has jurisdiction over this matter pursuant to Title 28. United States Code 1331

    Defendants have not answered summons to this complaint.