UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL HYDE<br>  Plaintiff, | )<br>)<br>) |  |
| v. | )<br>) | Civil Action No. 04-12429-RWZ |
| STATE OF MASSACHUSETTS ET AL.,<br>  Defendants. | )<br>)<br>)<br>) |  |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the following additional defendants in the above-captioned matter: Massachusetts State Police Crime Laboratory; Carl Selavka, Director of the Massachusetts State Police Crime Laboratory; and Bob Pino, CODIS Administrator of the Massachusetts State Police Crime Laboratory.

A delay in communication between agencies prevented the earlier filing of this Notice.

                                                 **Respectfully submitted,**

                                                 **THOMAS F. REILLY**
                                                 **ATTORNEY GENERAL**

                                                 **/s/ Annette C. Benedetto**
                                                 **Annette C. Benedetto**
                                                 **Assistant Attorney General**
                                                 **Criminal Bureau**
                                                 **One Ashburton Place**
                                                 **Boston, Massachusetts 02108**
                                                 **(617) 727-2200**
                                                 **BBO No. 037060**

2

**CERTIFICATE OF SERVICE**

_____I hereby certify that a true copy of the above document was served upon the following plaintiff, pro se, by first class mail, postage pre-paid, on July 19, 2005, at the following address:

**Michael Hyde, pro se**
**148 Brickel Rd.**
**Stoughton, MA 02072**

                                                /s/Annette C. Benedetto
                                                **Annette C. Benedetto**
                                                **Assistant Attorney General**