UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Michael J. Hyde,

                              Plaintiff

v.                                         CIVIL ACTION NO.
                                             04-12429RWZ

State of Massachusetts,

State Trooper Paul Baker,
State Trooper Rachael Ruthier,

Clerk-Magistrate of Dedham District Court Salvatore Paterna,
Dedham District Court Judge Thomas Connors,

Norfolk County District Attorney William R. Keating,
Norfolk County Assistant District Attorney Jason Bolio,
Norfolk County Assistant District Attorney Max Pearlman,

Norfolk County Sheriff's Office,

Massachusetts State Police Crime Lab,
Carl Selavka Director of the MA State Police Crime Lab,
Bob Pino CODIS Administrator of the MA State Police Crime Lab,

Edward A. Flynn Massachusetts Office of Public Safety,

Tom Reiley Attorney General of Massachusetts,

Mitt Romney Governor of Massachusetts,

                                             Defendants

NOTICE OF APPEARANCE

Please enter my appearance in the above captioned matter.

Dated: August 10, 2005

                                             Robert W. Harnais
                                             General Counsel
                                             Norfolk County Sheriff's Office
                                             200 West Street, P.O. Box 149
                                             Dedham, MA 02027
                                             Tel: (781) 751-3308
                                             Fax: (781) 461-5968
                                             BBO # 557535