UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Michael J. Hyde,

Plaintiff

v.                                                                CIVIL ACTION NO.
                                                                  04-12429RWZ

State of Massachusetts,

State Trooper Paul Baker,
State Trooper Rachael Ruthier,

Clerk-Magistrate of Dedham District Court Salvatore Paterna,
Dedham District Court Judge Thomas Connors,

Norfolk County District Attorney William R. Keating,
Norfolk County Assistant District Attorney Jason Bolio,
Norfolk County Assistant District Attorney Max Pearlman,

Norfolk County Sheriff's Office,

Massachusetts State Police Crime Lab,
Carl Selavka Director of the MA State Police Crime Lab,
Bob Pino CODIS Administrator of the MA State Police Crime Lab,

Edward A. Flynn Massachusetts Office of Public Safety,

Tom Reiley Attorney General of Massachusetts,

Mitt Romney Governor of Massachusetts,

Defendants

## MOTION TO JOIN CO-DEFENDANTS' MOTION FOR A MORE DEFINITE STATEMENT

Defendant, the Norfolk County Sheriff's Office (NCSO), respectfully moves the Court to

allow NCSO to join the co-defendants' motion for a more definite statement. In support

of such motion, NCSO states that it is a co-defendant in the above captioned matter and

requests a more definite statement from the plaintiff for the reasons stated in

co-defendant's motion filed on July 19, 2005.

Respectfully submitted,

Dated: August 10, 2005

Robert W. Harnais
General Counsel
Norfolk County Sheriff's Office
200 West Street, P.O. Box 149
Dedham, MA 02027
Tel: (781) 751-3308
Fax: (781) 461-5968
BBO # 557535

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Michael J. Hyde,

                                        Plaintiff

        v.                                                    CIVIL ACTION NO.
                                                              04-12429RWZ

State of Massachusetts,

State Trooper Paul Baker,
State Trooper Rachael Ruthier,

Clerk-Magistrate of Dedham District Court Salvatore Paterna,
Dedham District Court Judge Thomas Connors,

Norfolk County District Attorney William R. Keating,
Norfolk County Assistant District Attorney Jason Bolio,
Norfolk County Assistant District Attorney Max Pearlman,

Norfolk County Sheriff's Office,

Massachusetts State Police Crime Lab,
Carl Selavka Director of the MA State Police Crime Lab,
Bob Pino CODIS Administrator of the MA State Police Crime Lab,

Edward A. Flynn Massachusetts Office of Public Safety,

Tom Reiley Attorney General of Massachusetts,

Mitt Romney Governor of Massachusetts,

                                        Defendants

### CERTIFICATE OF SERVICE

I, Robert W. Harnais, hereby certify that on the 10th day of August, 2005, I caused to be served copies of the Motion to Join Co-Defendants Motion for a More Definite Statement by first-class U.S. mail, postage prepaid to:

**Plaintiff**

Michael J. Hyde
148 Brickel Road
Stoughton, MA 02072

**Counsel for Defendants State of Massachusetts, Clerk-Magistrate of Dedham District Court Salvatore Paterna, Dedham District Court Judge Thomas Connors, Norfolk County District Attorney William R. Keating, Norfolk County Assistant District Attorney Jason Bolio, County Assistant District Attorney Max Pearlman, Edward A. Flynn Massachusetts Office of Public Safety, Tom Reiley Attorney General of Massachusetts and Mitt Romney Governor of Massachusetts**

Annette Benedeto
Office of the Attorney General
One Ashburton Place
Boston, MA 02108

**Counsel for Defendants State Trooper Paul Baker, State Trooper Rachael Ruthier, Massachusetts State Police Crime Lab, Carl Selavka Director of the MA State Police Crime Lab and Bob Pino CODIS Administrator of the MA State Police Crime Lab**

Scott W. Dunlap
Law Offices of Timothy M. Burke
160 Gould Street, Suite 111
Needham, MA 02494


Respectfully submitted this 10th day of August, 2005


Robert W. Harnais
General Counsel
Norfolk County Sheriff's Office
200 West Street, P.O. Box 149
Dedham, MA 02027
Tel: (781) 751-3308
Fax: (781) 461-5968
BBO # 557535