# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MICHAEL HYDE
Plaintiff,

v.

Civil Action No. 04-12429-RWZ

STATES OF MASSACHUSETTS ET AL.,
Defendents

### MOTION FOR EXTENTION OF TIME

I, Michael Hyde, request of the court 10 business days to conform to the defendant's motion. I just received the information as to who was to represent the Norfolk County Sheriff's Office on August 11, 2005. I am involved with a very complicated case with multiple Constitutional issues and Federal laws. Many of these issues seem to be cases of 1st impression when connect in this one case.

Respectfully submitted August 17, 2005
Michael Hyde
148 Brickel Rd
Stoughton, Ma 02072

*[signature]*