UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL J. HYDE,<br>Plaintiff<br><br>VS.<br><br>STATE OF MASSACHUSETTS,<br>STATE TROOPER PAUL BAKER,<br>STATE TROOPER RACHAEL<br>RUTHIER, ET AL.,<br>Defendants | CIVIL ACTION NO. 04-12429RWZ |

NOTICE OF APPEARANCE

Please enter an appearance for Scott Dunlap as counsel for Defendants Paul Baker and Rachael Ruthier in the above-entitled matter.

Respectfully submitted,
For Defendants State Trooper Paul Baker and
State Trooper Rachael Ruthier,
By their attorney,

Scott Dunlap, Esquire
BBO #634389
LAW OFFICES OF TIMOTHY M. BURKE
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via first class mail, postage pre-paid.

Date: 8/23/05