## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **MICHAEL HYDE** )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>**STATE OF MASSACHUSETTS ET AL.,** )<br>    Defendants. )<br> ) | Civil Action No. 04-12429-RWZ |

### MOTION FOR LEAVE TO LATE FILE MOTION TO DISMISS

The respondent, through counsel, respectfully moves this Court for leave to late file a motion to dismiss the above-captioned civil rights action. In support thereof, the respondent's counsel states that she needed additional time to review the abstruse complaint and gather documents from the District Attorney's office relative to the plaintiff's underlying criminal action. In addition she has been working on memoranda in several habeas corpus petitions that precluded an earlier response.

WHEREFOR, the respondent respectfully moves this Court for leave to late file a motion to dismiss the above-captioned civil rights action.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL
/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

2

## CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the the following persons by first-class mail, postage pre-paid, on September 30, 2005, addressed as follows:

**Plaintiff**

Michael J. Hyde
148 Brickel Rd.
Stoughton, MA 02072

**Counsel for Defendants Paul Baker and Rachael Ruthier**

Scott Dunlap
Law Offices of Timothy M. Burke
160 Gould Street
Suite 111
Needham, MA 02494

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General