## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____  )
MICHAEL HYDE                             )
  Plaintiff,                   )
                                         )
v.                                       )     Civil Action No. 04-12429-RWZ
                                         )
STATE OF MASSACHUSETTS ET AL., )
  Defendants.                  )
_____  )

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), the defendants in the above-captioned civil rights action respectfully move this Court to dismiss the action for failure to state a claim upon which relief under 42 U.S.C. § 1983 can be granted.

A memorandum in support of this motion is submitted.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL
/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

**2**

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that a true copy of the above document was served upon the the following persons by first-class mail, postage pre-paid, on September 30, 2005, addressed as follows:

<u>**Plaintiff**</u>

**Michael J. Hyde**
**148 Brickel Rd.**
**Stoughton, MA 02072**

<u>**Counsel for Defendants Paul Baker and Rachael Ruthier**</u>

**Scott Dunlap**
**Law Offices of Timothy M. Burke**
**160 Gould Street**
**Suite 111**
**Needham, MA 02494**

                    /s/ Annette C. Benedetto
                    Annette C. Benedetto
                    Assistant Attorney General