UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL HYDE )<br>  Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF MASSACHUSETTS ET AL., )<br>  Defendants. )<br>) | Civil Action No. 04-12429-RWZ |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

### LIST OF EXHIBITS

**EXHIBIT 1:** CRIMINAL DOCKET SHEET # 0354CR000471 . . . . . . . . . . . . . . . . . . . . . 1-2

**EXHIBIT 2:** CRIMINAL COMPLAINT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

**EXHIBIT 3:** MASSACHUSETTS STATE POLICE ARREST REPORT . . . . . . . . . . . . 5

**EXHIBIT 4:** PROBATION ORDER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

**EXHIBIT 5:** MEMORANDUM OF DECISION ON DEFENDANT'S MOTION TO
SUPPRESS DATED FEBRUARY 11, 2004 . . . . . . . . . . . . . . . . . . . . . . 7-11

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL
        /s/ Annette C. Benedetto
        Annette C. Benedetto
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200
        BBO No. 037060

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the the following persons by first-class mail, postage pre-paid, on September 30, 2005, addressed as follows:

**Plaintiff**

Michael J. Hyde
148 Brickel Rd.
Stoughton, MA 02072

**Counsel for Defendants Paul Baker and Rachael Ruthier**

Scott Dunlap
Law Offices of Timothy M. Burke
160 Gould Street
Suite 111
Needham, MA 02494

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General