UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL HYDE )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>STATE OF MASSACHUSETTS ET AL., )<br>    Defendants. )<br> ) | Civil Action No. 04-12429-RWZ |

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Motion for Extension of Time to File Motion to Dismiss, Motion to Dismiss, Memorandum in Support of Motion to Dismiss with Exhibits, and Notice of Filing with Clerk's Office which was filed in the above-captioned case on September 30, 2005 was served upon the following person by first-class mail, postage pre-paid, on October 3, 2005, addressed as follows:

Robert W. Harnais
Norfolk County Sheriff's Office
General Counsel
200 West Street
P.O. Box 149
Dedham, MA 02027

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060