# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MICHAEL HYDE
Plaintiff,

v.

Civil Action No.04-12429-RWZ

STATES OF MASSACHUSETTS ET AL.,
Defendents

MOTION FOR EXTENTION OF TIME

I, Michael Hyde, request an extension of time to October 31of 2005 to respond to the defendant's motion to dismiss. I received the defendants' lengthy motion as of October 1st 2005 and request of this honorable court to respond in as much detail as humanly possible as to why the defendents motion should be denied. I must also note that it seems that the defendants have not detailed their response to the Federal laws of Title 18 sec. 2511 (Federal wiretap statute), Title 17 (copyright infringement), and Title 18 sec. 1832 (Trade Secret Violations).

Respectfully submitted October 4, 2005
Michael Hyde
148 Brickel Rd
Stoughton, Ma 02072