UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL J. HYDE )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>NORFOLK COUNTY )<br>SHERIFF'S OFFICE, ET AL )<br>    Defendants, )<br>          ) | CIVIL ACTION NO.<br>04-12429RWZ |

### MOTION FOR LEAVE TO LATE FILE MOTION TO DISMISS

The defendant, Norfolk County Sheriff's Office ("NCSO"), respectfully moves this Court for leave to late file a motion to dismiss in the above captioned matter. As grounds, the defendant's counsel states that extra time was required to digest the complex Complaint and to obtain plaintiff's records from the NCSO records department. Additionally, defendant's counsel has been working on several other issues pertaining to the NCSO which prohibited an earlier response.

The defendant respectfully moves this Court for leave to late file a motion to dismiss in the above-captioned matter.

Dated: October 12, 2005

Respectfully submitted,
For the Defendant Norfolk County
Sheriff's Office

Robert W. Harnais
General Counsel
Norfolk County Sheriff's Office
200 West Street, P.O. Box 149
Dedham, MA 02027
Tel: (781) 751-3308
Fax: (781) 461-5968
BBO # 557535