UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL J. HYDE )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>NORFOLK COUNTY )<br>SHERIFF'S OFFICE, ET AL )<br>Defendants, )<br>_____) | CIVIL ACTION NO.<br>04-12429RWZ |

### DEFENDANTS' MOTION TO DISMISS

Now comes the defendant, Norfolk County Sheriff's Office ("NCSO"), who hereby moves this Honorable Court to dismiss the above captioned Complaint under rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. Attached hereto is the defendant's memorandum of law in support of this motion.

Dated: October 12, 2005

Respectfully submitted,
For the Defendant Norfolk County
Sheriff's Office

Robert W. Harnais
General Counsel
Norfolk County Sheriff's Office
200 West Street, P.O. Box 149
Dedham, MA 02027
Tel: (781) 751-3308
Fax: (781) 461-5968
BBO # 557535