UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL J. HYDE,<br>        Plaintiff,<br><br>v.<br><br>NORFOLK COUNTY<br>SHERIFF'S OFFICE, ET AL<br>        Defendants, | CIVIL ACTION NO.<br>04-12429RWZ |

CERTIFICATE OF SERVICE

I, Robert W. Harnais, hereby certify that on the 12th day of October, 2005, I caused to be served copies of the Motion for Leave to Late File a Motion to Dismiss, Motion to Dismiss, Memorandum of Law in Support of Motion to Dismiss and List of Exhibits by first-class U.S. mail, postage prepaid to:

**Plaintiff**

Michael J. Hyde
148 Brickel Road
Stoughton, MA 02072

**Counsel for Defendants State of Massachusetts, Clerk-Magistrate of Dedham District Court Salvatore Paterna, Dedham District Court Judge Thomas Connors, Norfolk County District Attorney William R. Keating, Norfolk County Assistant District Attorney Jason Bolio, County Assistant District Attorney Max Pearlman, Edward A. Flynn Massachusetts Office of Public Safety, Tom Reiley Attorney General of Massachusetts and Mitt Romney Governor of Massachusetts**

Annette Benedeto
Office of the Attorney General
One Ashburton Place
Boston, MA 02108

**Counsel for Defendants State Trooper Paul Baker, State Trooper Rachael Ruthier, Massachusetts State Police Crime Lab, Carl Selavka Director of the MA State Police Crime Lab and Bob Pino CODIS Administrator of the MA State Police Crime Lab**

Scott W. Dunlap
Law Offices of Timothy M. Burke
160 Gould Street, Suite 111
Needham, MA 02494


Respectfully submitted this 12th day of October, 2005

_____
Robert W. Harnais
General Counsel
Norfolk County Sheriff's Office
200 West Street, P.O. Box 149
Dedham, MA 02027
Tel: (781) 751-3308
Fax: (781) 461-5968
BBO # 557535