UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL HYDE )
  Plaintiff, )
)
v. ) Civil Action No. 04-12429-RWZ
)
STATE OF MASSACHUSETTS ET AL.,)
Defendants. )
_____ )

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

A memorandum in support of plaintiff's opposition to defendants' motion to dismiss is submitted. Plaintiff would request of this Honorable Court for a hearing on these matters presented in his memorandum[s].

Respectfully submitted,

Plaintiff

Michael J Hyde

148 Brickel Rd

Stoughton, Ma. 02072

617-697-8893