UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL HYDE )
  Plaintiff, )
)
v. ) Civil Action No. 04-12429-RWZ
)
STATE OF MASSACHUSETTS ET AL.,)
  Defendants. )
_____ )

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO LATE FILE MOTION TO DISMISS

The motions and memorandums in support of plaintiff's response to defendants' motion for late file for leave to late file motion to dismiss are submitted. Plaintiff moves this Honorable Court for a hearing on these motions supported in his memorandum[s].

The motions with memorandums presented are 1st motion to strike, 2nd motion for criminal sanction, 3rd motion for discovery, 4th motion to suppress , and 5th motion to compel the defendants to answer the full complaint

Respectfully submitted,

Plaintiff

Michael J Hyde

148 Brickel Rd

Stoughton, Ma. 02072

617-697-8893