UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL HYDE )
  Plaintiff, )
  )
  )
v. )    Civil Action No. 04-12429-RWZ
  )
STATE OF MASSACHUSETTS ET AL.,) )
Defendants. )

                                    )

## PLAINTIFF'S MEMORANDOM IN SUPPORT OF MOTION TO STRIKE

    The plaintiff respectfully moves this Honorable Court for a hearing on this motion supported in this memorandum. This memorandum is filed in conjunction with the emergency motion for criminal sanction[s] against the defendants .

    The defendants have utilized this Honorable Court as a platform to potentially aid and abet others to commit identity theft against the plaintiff. The defendants have willfully provided in their exhibits for motion to dismiss the plaintiff's social security number and a host of other information that has nothing to do with their presentation. This material with my personal identifiable information does nothing to help or hinder the defense of the defendants. On October 19 , 2005, the Plaintiff filled for emergency criminal sanction against the defendants (counseled by Annette Benedetto ,Robert Harnias , and Scott Dunlap) .

The counsel for the state police (Scott Dunlap) still persists in making my personal information available to the general public for the purpose of causing tremendous emotional and potentially financial damage to the plaintiff and his family. If the plaintiff installed personal information like social security numbers about the defendants and their counsel in the complaint or motions, the defendants would take the steps I am.

In conclusion, the plaintiff respectfully moves this Honorable Court for a hearing on this Motion to Strike.

Respectfully submitted,

Plaintiff

Michael J Hyde

148 Brickel Rd

Stoughton, Ma. 02072

617-697-8893
