UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL HYDE         )
  Plaintiff,         )
                     )
                     )
v.                   )    Civil Action No. 04-12429-RWZ
                     )
                     )
STATE OF MASSACHUSETTS ET AL.,)
Defendants.          )
_____)

### PLAINTIFF'S MOTION FOR CRIMINIAL SANCTION

The plaintiff respectfully moves this Honorable Court for a hearing on this motion supported in his memorandum.

Respectfully submitted,

Plaintiff

Michael J Hyde

148 Brickel Rd

Stoughton, Ma. 02072

617-697-8893