UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL HYDE )
 Plaintiff, )
 )
v. ) Civil Action No. 04-12429-RWZ
 )
STATE OF MASSACHUSETTS ET AL.,) 
Defendants. )

## PLAINTIFF'S MOTION TO SUPPRESS

The plaintiff respectfully moves this Honorable Court for a hearing on this motion supported in his memorandum.

Respectfully submitted,

Plaintiff

Michael J Hyde

148 Brickel Rd

Stoughton, Ma. 02072

617-697-8893