UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL HYDE                              )
 Plaintiff,                               )
                                          )
                                          )
v.                                        )   Civil Action No. 04-12429-RWZ
                                          )
                                          )
STATE OF MASSACHUSETTS ET AL.,)
 Defendants.                              )
_____)

### PLAINTIFF'S MOTION FOR DISCOVERY

The plaintiff respectfully moves this Honorable Court for a hearing on this motion supported in his memorandum.

Respectfully submitted,

Plaintiff

Michael J Hyde

148 Brickel Rd

Stoughton, Ma. 02072

617-697-8893