UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL HYDE )
  Plaintiff, )
)
v. )  Civil Action No. 04-12429-RWZ
)
STATE OF MASSACHUSETTS ET AL.,)
  Defendants. )

## PLAINTIFF'S MEMORANDOM IN SUPPORT OF MOTION FOR DISCOVERY

The plaintiff respectfully moves this Honorable Court for a hearing on this motion supported in this memorandum. As mentioned in the hearing for motion the suppress, the plaintiff moves this Honorable Court to compel the defendants to present and turn over the alleged tape recording which is property of the plaintiff and protected by the 1st Amendment and Title 17 just to name a few issues. Also the plaintiff moves this Honorable Court for a hearing to compel the defendants to present and turn over the memorandum[s] that was utilized in their case against the plaintiff.

Respectfully submitted,

Plaintiff

Michael J Hyde

148 Brickel Rd

Stoughton, Ma. 02072

617-697-8893