UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL HYDE ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-12429-RWZ |
| ) | |
| STATE OF MASSACHUSETTS ET AL.,) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO ANSWER THE FULL COMPLAINT

The plaintiff respectfully moves this Honorable Court for a hearing on this motion supported in his memorandum.

Respectfully submitted,

Plaintiff

Michael J Hyde

148 Brickel Rd

Stoughton, Ma. 02072

617-697-8893