UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL HYDE )
 Plaintiff, )
 )
 )
v. ) Civil Action No. 04-12429-RWZ
 )
 )
STATE OF MASSACHUSETTS ET AL.,) 
Defendants. )
_____)

### PLAINTIFF'S MEMORANDOM IN SUPPORT OF MOTION TO COMPEL DEFENDANTS TO ANSWER THE FULL COMPLAINT

The plaintiff respectfully moves this Honorable Court for a hearing on this motion supported in this memorandum. The defendants have not answered the complaint in full. The defendants cite only USC Title 18 section 1983 in their motions to dismiss. The defendants for an unknown reason have to this point refused to answer the complaint relating to **USC Title 42.section 1981 Equal rights under the law, 42. Section 1982. Property rights of citizens,** USC Title 42., USC Title 42. Section 1985. Conspiracy to interfere with civil rights, USC Title 42. Section 1986. **Action for neglect to prevent,** USC Title 18. Section 2511 Interception and disclosure of wire, oral, or electronic communications prohibited, USC Title 18. Section 1512. Tampering with a witness, victim, or an informant, USC Title 18. Section 1832. Theft of trade secrets , and USC Title 17.section 101 et seq .The defendants have not fulfilled their obligation to completely answer this

complaint. The plaintiff respectfully moves this Honorable Court for a hearing in light of the defendants' lack of commitment to the issues at hand.

Respectfully submitted,

Plaintiff

Michael J Hyde

148 Brickel Rd

Stoughton, Ma. 02072

617-697-8893