UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12429-RWZ

MICHAEL HYDE

V.

STATE OF MASSACHUSETTS ET AL

<u>ORDER</u>

ZOBEL, D.J.

Plaintiff having filed a number of motions seeking to strike and for sanctions. It appears that none were served on defendants, as required by Rule 5 of the Federal Rules of Civil Procedure.

Plaintiff shall serve on defendants all papers filed in court as required by Rule 5. Unless service is made in accordance with the Rule, the court should not and will not act on plaintiffs' motions.

12/1/05                                         s/ Rya W. Zobel
                                                RYA W. ZOBEL
                                                UNITED STATES DISTRICT JUDGE