UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Michael J. Hyde
Plaintiff,
Vs.

State of MASSACHUSETTS, ET AL
Defendants,

CIVIL ACTION NO. 04-12429 RWZ

## CERTIFICATE OF SERVICE

I, Michael J. Hyde, hereby certify that on the **14th** day of November 2005, served upon copies of the Plaintiff's Response TO DEFENDANTS' MOTION FOR LEAVE TO LATE FILE MOTION TO DISMISS .The motions with memorandums presented are 1st motion to strike, 2nd motion for criminal sanction, 3rd motion for discovery, 4th motion to suppress , and 5th motion to compel the defendants to answer the full complaint are sent by first-class U.S. mail, postage prepaid to:

DEFENDANTS
Through Counsel,
Annette Benedeto
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Representing the State of Massachusetts, Clerk-Magistrate of Dedham
District Court Salvatore Paterna, Dedham District Court Judge Thomas Connors,
Norfolk County District Attorney William R. Keating, Norfolk County Assistant
District Attorney Jason Bolio, County Assistant District Attorney Max Peariman,
Edward A. Flynn Massachusetts Office of Public Safety, Tom Reiley Attorney
General of Massachusetts, Mitt Romney Governor of Massachusetts, Massachusetts State
Police Crime Lab, Carl Selavka Director of the MA State
Police Crime Lab and Bob Pino CODES Administrator of the MA State Police
Crime Lab

Through Counsel,
Scott W Dunlap
Law Offices of Timothy M. Burke
160 Gould Street, Suite 111
Needham, MA. 02494
Representing the Defendants State Trooper Paul Baker, State Trooper Rachael Ruthier,

Through Counsel
Robert W. Harnais
General Counsel
Norfolk County Sheriff's Office
200 West Streets, P.O. Box 149
Dedham, MA. 02027
Representing Norfolk County Sheriff's Office.


Faithfully submitted October 18, 2005



                        Michael J. Hyde
                        148 Brickel Road
                        Stoughton, MA 02072
                        Cell 617-697-8893
                        Home 781-341-4299