UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL J. HYDE,<br>        Plaintiff<br><br>v.<br><br>NORFOLK COUNTY<br>SHERIFF'S OFFICE, ET AL<br>        Defendants | CIVIL ACTION NO.<br>04-12429RWZ |

### DEFENDANTS' MOTION TO DISMISS

Now comes the defendants, Troopers Paul Baker and Rachel Ruthier, who hereby move this Honorable Court to dismiss the above captioned Complaint under rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. Attached hereto is the defendant's memorandum of law in support of this motion.

Respectfully submitted,
For the Defendants, Paul Baker and
Rachel Ruthier

_Scott W._ (signature)

Scott W. Dunlap (BBO# 634389)
Law Offices of Timothy M. Burke
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707