UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL J. HYDE,          )
        Plaintiff    )
                      )
v.                        )
                      )     CIVIL ACTION NO.
NORFOLK COUNTY            )     04-12429RWZ
SHERIFF'S OFFICE, ET AL   )
        Defendants   )
                      )

## LIST OF EXHIBITS

EXHIBIT 1:  NORFOLK COUNTY CRIMINAL DOCKET

EXHIBIT 2:  NORFOLK COUNTY CRIMINAL COMPLAINT

EXHIBIT 3:  WAIVER OF RIGHTS

                                           Respectfully submitted,
                                           For the Defendants Paul Baker and
                                           Rachel Ruthier

                                           *[signature]*
                                           Scott W. Dunlap (BBO# 634389)
                                           Law Offices of Timothy M. Burke
                                           160 Gould Street, Suite 111
                                           Needham, MA  02494
                                           (781) 455-0707

Jul-05 05 04:34p    Norfolk Da              1234567890              p.2

| CRIMINAL DOCKET | DOCKET NO. 0354CR000471 | ATTORNEY NAME | | |
|---|---|---|---|---|
| COURT DIVISION Dedham | ☐ INTERPRETER REQUIRED | DATE and JUDGE | DOCKET ENTRY | |
| NAME, ADDRESS AND ZIP CODE OF DEFENDANT HYDE, MICHAEL 148 BRICKEL ROAD STOUGHTON, MA 02072 | | Alch 2-19-03 | ☐ Attorney appointed (SJC R. 3:10) ☐ Atty denied and Def't Advised per 211D §2A ☐ Waiver of counsel found after colloquy Terms of release set: ☐ PR ☒ Bail 500. cash posted ☐ Hold (276 §58A) ☐ See back for special conditions Arraigned and advised: ☒ Potential of bail revocation (276 §58) ☐ Right to bail review (276 §58) ☐ Right to drug exam (111E §10) Advised of right to jury trial: ☐ Does not waive ☐ Waiver of jury trial found after colloquy Advised of trial rights as pro se (Supp. R. 4) Advised of right of appeal to Appeals Ct (R. 28) | |
| DEFT. DOB AND SEX 11/24/1967   M | | | | |
| DATE OF OFFENSE(S) 02/15/2003 | PLACE OF OFFENSE(S) NEEDHAM | | | |
| COMPLAINANT ROUTHIER, RACHAEL | POLICE DEPARTMENT (if applicable) SP FRAMINGHAM HDQTRS | | | |
| DATE OF COMPLAINT 02/19/2003 | RETURN DATE/TIME **ARREST** | | | |

| COUNT/OFFENSE 1. 272/99/F WIRETAP, UNLAWFUL c272 §99(C)(1) | | FINE 700.00 | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT 90 ☐ WAIVED |
|---|---|---|---|---|---|---|
| DISPOSITION DATE and JUDGE 11-24-04   Connors | | SENTENCE OR OTHER DISPOSITION ☐ Sufficient facts found but continued without guilty finding until: ☒ Probation 11-23-06  ☐ Pretrial Probation (276 §87) - until: ☐ To be dismissed upon payment of court costs/restitution ☐ Dismissed upon: ☐ Request of Comm.  ☐ Request of Victim ☐ Request of Def't  ☐ Failure to prosecute  ☐ Other: ☐ Filed with Def't's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C) | | 75 hours of community service BCI RSI | PSYCH. EVALUATION BY COURT CLINIC. FOLLOW RECOMMENDATIONS DEEMED NECESSARY | on 75 MPLE DNA SAMPLE |
| DISPOSITION METHOD ☒ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning ☐ Bench Trial ☐ Jury Trial ☐ None of the Above | FINDING ☐ Not Guilty ☒ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause | | | | | |
| | | FINAL DISPOSITION ☐ Dismissed on recommendation of Probation Dept. ☐ Probation terminated: defendant discharged | | JUDGE | | DATE |

| COUNT/OFFENSE 2. 90/6 NUMBER PLATE VIOLATION * c90 §6 | | FINE 35 | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|---|---|
| DISPOSITION DATE and JUDGE 11-24-04   Connors | | SENTENCE OR OTHER DISPOSITION ☐ Sufficient facts found but continued without guilty finding until: ☐ Probation  ☐ Pretrial Probation (276 §87) - until: ☐ To be dismissed upon payment of court costs/restitution  5831A000005/26/04BAIL  500. ☐ Dismissed upon: ☐ Request of Comm.  ☐ Request of Victim ☐ Request of Def't  ☐ Failure to prosecute  ☐ Other: ☐ Filed with Def't's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C) | | | | |
| DISPOSITION METHOD ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning ☐ Bench Trial ☐ Jury Trial ☐ None of the Above | FINDING ☐ Not Guilty ☐ Guilty ☐ Not Responsible ☒ Responsible ☐ No Probable Cause ☐ Probable Cause | | | | | |
| | | FINAL DISPOSITION ☐ Dismissed on recommendation of Probation Dept. ☐ Probation terminated: defendant discharged | | JUDGE | | DATE |

| COUNT/OFFENSE 3. 272/99/G WIRETAP, UNLAWFUL, ATTEMPT c272 §99(C)(1) | | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|---|---|
| DISPOSITION DATE and JUDGE 11-24-04   Connors | | SENTENCE OR OTHER DISPOSITION ☐ Sufficient facts found but continued without guilty finding until: ☐ Probation  ☐ Pretrial Probation (276 §87) - until: ☐ To be dismissed upon payment of court costs/restitution ☒ Dismissed upon: ☒ Request of Comm.  ☐ Request of Victim ☐ Request of Def't  ☐ Failure to prosecute  ☐ Other: ☐ Filed with Def't's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C) | | | | |
| DISPOSITION METHOD ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning ☐ Bench Trial ☐ Jury Trial ☐ None of the Above | FINDING ☐ Not Guilty ☐ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause | | | | | |
| | | FINAL DISPOSITION ☐ Dismissed on recommendation of Probation Dept. ☐ Probation terminated: defendant discharged | | JUDGE | | DATE |

| COUNT/OFFENSE | | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|---|---|
| DISPOSITION DATE and JUDGE | | SENTENCE OR OTHER DISPOSITION ☐ Sufficient facts found but continued without guilty finding until: ☐ Probation  ☐ Pretrial Probation (276 §87) - until: ☐ To be dismissed upon payment of court costs/restitution ☐ Dismissed upon: ☐ Request of Comm.  ☐ Request of Victim ☐ Request of Def't  ☐ Failure to prosecute  ☐ Other: ☐ Filed with Def't's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C) | | | | |
| DISPOSITION METHOD ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning ☐ Bench Trial ☐ Jury Trial ☐ None of the Above | FINDING ☐ Not Guilty ☐ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause | | | | | |
| | | FINAL DISPOSITION ☐ Dismissed on recommendation of Probation Dept. ☐ Probation terminated: defendant discharged | | JUDGE | | DATE |

ADDITIONAL COUNTS ATTACHED ☐

| TRUE COPY ATTEST: X | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | COURT ADDRESS Dedham District Court 631 High Street Dedham, MA 02026-1848 |
|---|---|---|---|

-1-

| CRIMINAL COMPLAINT | 0354CR000471 | | | | | | Trial Court of Massachusetts Dedham District Court |
|---|---|---|---|---|---|---|---|
| DEFENDANT HYDE, MICHAEL 148 BRICKEL ROAD STOUGHTON, MA 02072 | | | | | | | TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DEDHAM DISTRICT COURT |
| DATE OF BIRTH 11/24/1967 | SEX M | RACE W | HEIGHT 5'09" | WEIGHT 170 | EYES BRO | HAIR BRO | The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below. |
| INCIDENT REPORT # | SOCIAL SECURITY # 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 | | | | | | |
| DATE OF OFFENSE 02/15/2003 | PLACE OF OFFENSE NEEDHAM | | | | | | |
| COMPLAINANT ROUTHIER, RACHAEL | POLICE DEPARTMENT SP FRAMINGHAM HDQTRS | | | | | | |
| DATE OF COMPLAINT 02/19/2003 | RETURN DATE AND TIME **ARREST** | | | | | | |

COUNT-OFFENSE

1. 272/99/F  WIRETAP, UNLAWFUL c272 §99(C)(1)

on 02/15/2003 did wilfully commit an interception, or procure some other person to commit an interception or attempt to commit an interception, of some wire or oral communication, not being specifically excepted by G.L. c.272, §99, in violation of G.L. c.272, §99(C)(1). (PENALTY: state prison not more than 5 years; or jail or house of correction not more than 2½ years; or not more than $10,000 fine; or both such imprisonment and fine.)

**PROSECUTION**

COUNT-OFFENSE

2. 90/6  NUMBER PLATE VIOLATION  c90 §6

NOTE: THIS IS A CIVIL MV INFRACTION, SET FORTH HERE FOR PROCEDURAL PURPOSES ONLY. on 02/15/2003, while operating on a way a motor vehicle or trailer registered under G.L. c.90: (1) did fail to have its register number displayed conspicuously thereon by number plates at the front and rear of such vehicle, or a single number plate at the rear of such vehicle, as furnished or authorized by the Registrar of Motor Vehicles pursuant to G.L. c.90, §6 and §6C; or (2) did fail to keep such number plate or plates plainly visible and clean with the number legible and not obscured in any manner by the installation of any device obscuring such number, or covered with any glass, plastic or similar material that reduced the legibility or substantially diminished the reflective qualities of such number plate or plates; or (3) did fail to have its rear register number illuminated so as to be plainly visible at a distance of 60 feet during the period when such vehicle or trailer was required to display lights, in violation of G.L. c.90, §6 and 540 Code Mass. Regs. §22.02. (CIVIL ASSESSMENT from §20: $35; 2nd offense in 12 months: $75; 3rd offense in 12 months: $150.)

COUNT-OFFENSE

3. 272/99/G  WIRETAP, UNLAWFUL ATTEMPT c272 §99(C)(1)

on 02/15/2003 did wilfully attempt to commit an interception of some wire or oral communication, not being specifically excepted by G.L. c.272, §99, and in such attempt did [DESCRIPTION OF OVERT ACT], in violation of G.L. c.272, §99(C)(1). (PENALTY: state prison not more than 5 years; or jail or house of correction not more than 2½ years; or not more than $10,000 fine; or both such imprisonment and fine.)

**COPY**

COUNT-OFFENSE

| COMPLAINANT X | SWORN TO BEFORE CLERK-MAGISTRATE X | ON (DATE) | TOTAL COUNTS 3 |
|---|---|---|---|
| PROSECUTION COPY) A TRUE COPY ATTEST: X CLERK-MAGISTRATE/ASST. CLERK | FIRST JUSTICE Hon. GERALD ALCH  ON (DATE) | COURT ADDRESS | Dedham District Court 631 High Street Dedham, MA 02026-1848 |

Jul-05 05 04:34p   Norfolk Da                1234567890                      p.3

| TENDER OF PLEA OR ADMISSION WAIVER OF RIGHTS | DOCKET NO. 0354CR00471 | NO. OF COUNTS 3 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| INSTRUCTIONS: This form must be typed or printed clearly, completed prior to the Pretrial Hearing, signed by both counsel and submitted to the court by the defendant at or before the Pretrial Hearing. | NAME OF DEFENDANT Hyde, Michael | | COURT DIVISION Dedham District Court 631 High Street Dedham, MA 02026 |

**SECTION I** — TENDER OF PLEA

Defendant in this case hereby tenders the following: ✓ PLEA OF GUILTY   ADMISSION TO FACTS SUFFICIENT FOR A FINDING OF GUILTY conditioned on the dispositional terms indicated below. Include all proposed terms (guilty finding, finding of sufficient facts, continued without finding, dismissal, fine, costs, probation period and supervision terms, restitution amount including the identification of the recipient of restitution, and any sentence of incarceration, split sentence or suspended sentence, etc.). Number each count and specify terms for each count separately.

| COUNT NO. | DEFENDANT'S DISPOSITIONAL TERMS (Check "Yes" if Prosecution agrees – Check "No" if Prosecution disagrees) | | PROSECUTOR'S RECOMMENDATION (Required if Prosecutor disagrees with terms) |
|---|---|---|---|
| 1 | Guilty - 1 year probation unsupervised probation | YES / ✓NO / YES / NO / YES / NO / YES / NO | Guilty, 2 years HOC ss 2 years Psychological Evaluation. Comply with all treatment recommendation Sign not rescind all releases with probation. Not possess any personal recording devices. 50 hours community service. $65/month supervision fee $50 VWF |
| 2 | | ✓NO | Resp. $55 fine |
| 3 | | YES / NO | Dism. |

WE HAVE CONSULTED WITH THE PROBATION DEPARTMENT REGARDING ANY PROBATION TERMS SET FORTH ABOVE.

| SIGNATURE OF DEFENSE COUNSEL X _____ | DATE 11/24/4 | SIGNATURE OF PROSECUTING OFFICER X _____ | DATE 11/24/04 |

**SECTION II** — PLEA OR ADMISSION ACCEPTED BY THE COURT

The Court ___ ACCEPTS the tendered Plea or Admission on defendant's terms set forth in Section I, and will impose sentence in accordance with said terms, subject to submission of defendant's written WAIVER (see Section IV on reverse of this form), completion of the required oral COLLOQUY, a determination that there is a FACTUAL BASIS for the Plea or Admission, and notice of ALIEN RIGHTS.

**SECTION III** — PLEA OR ADMISSION REJECTED BY THE COURT

The Court ✓ REJECTS the defendant's dispositional terms set forth above and, in accordance with Mass. R. Crim. P. 12(c)(6), has set forth to the defendant the dispositional terms it would find acceptable, to wit:

G - 2 yr. probation - supervised
Full Court Eval + recommend treatment
Release/P/ prob. $750 ov
$90 v/w fee      75 hrs c/s
$65/mo super

DEFENDANT'S DECISION IF COURT REJECTS TENDERED PLEA OR ADMISSION:

☐ Defendant WITHDRAWS the tendered Plea or Admission; the parties must complete and file a Pretrial Conference Report, a Pretrial Hearing must be conducted and a trial date scheduled, if necessary.

✓ Defendant ACCEPTS terms set forth by the Court, a Plea or Admission will be accepted by the court and said dispositional terms imposed, subject to submission of defendant's written WAIVER (see Section IV on reverse of this form), completion of the required oral COLLOQUY, a determination that there is a FACTUAL BASIS for the Plea or Admission, and notice of ALIEN RIGHTS.

| SIGNATURE OF JUDGE X _____ | DATE 11/24/04 | SIGNATURE OF DEFENSE COUNSEL X _____ Edwin Keefe | DATE 11/24/04 |

-2-