**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| <u>**MICHAEL HYDE**</u> **Plaintiff** | |
| **V.** | **CIVIL ACTION** |
| <u>**STATE OF MASSACHUSETTS ET AL**</u> **Defendant** | **NO.** <u>**04CV12429-RWZ**</u> |

<u>**JUDGMENT**</u>

<u>**ZOBEL, D. J.**</u>

In accordance with the MEMORANDUM OF DECISION entered 3/23/06;

JUDGMENT is entered DISMISSING the complaint.

By the Court,

<u>   3/24/06   </u>                                    s/ Lisa A. Urso
Date                                                    Deputy Clerk