# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12429

Michael J. Hyde

v.

States of Massachusetts, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-54

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/13/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 9, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/9/06.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12429-RWZ

Hyde v. State of Massachusetts
Assigned to: Judge Rya W. Zobel
Cause: 28:1983 Civil Rights

Date Filed: 11/17/2004
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Michael J. Hyde**         represented by   **Michael J. Hyde**
148 Brickel Rd
Stoughton, MA 02072
781-341-4299
PRO SE

V.

**Defendant**

**State of Massachusetts**  represented by   **Annette C. Benedetto**
Department of Attorney General
One Ashburton Place
Boston, MA 02208
617-727-2200
Fax: 617-727-5755
Email: Annette.Benedetto@AGO.state.ma.us

*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Baker**              represented by   **Scott W. Dunlap**
Law Office of Timothy M. Burke
160 Gould Street
Suite 111
Needham, MA 02494
781-455-0707
Fax: 781-455-8879

Email: sdunlap@timburkelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State Trooper Rachel Ruthier**    represented by **Scott W. Dunlap**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Clerk-Magistrate Salvatore Paterna**    represented by **Annette C. Benedetto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dedhan District Cour Thomas Connors**    represented by **Annette C. Benedetto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Norfolk County DA William R. Keating**    represented by **Annette C. Benedetto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Assistant DA Jason Bolio**    represented by **Annette C. Benedetto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Assistant DA Max Pearlman**    represented by **Annette C. Benedetto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Norfolk County House of Correction**    represented by **Robert W. Harnais**
Norfolk County Sheriff's Office

        General Counsel
        200 West Street
        P.O. Box 149
        Dedham, MA 02027
        781-751-3308
        Fax: 461-5968
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Massachusetts State Police Crime Lab**     represented by **Annette C. Benedetto**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Edward A. Flynn, Jr.**
*Massachusetts Office of Public Safety*     represented by **Annette C. Benedetto**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Attorney General Thomas Reilly**     represented by **Annette C. Benedetto**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Governor Mitt Romney**     represented by **Annette C. Benedetto**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Bob Pino**
*CODIS Administrator of Mass. State Crime Lab*     represented by **Annette C. Benedetto**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Carl Selavka**
*Director of Mass. State Police Crime Lab*     represented by **Annette C. Benedetto**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2004 | 1 | COMPLAINT against State of Massachusetts Filing fee: $ 150, receipt number 60207, filed by Michael J. Hyde.(Johnson, Jay) (Entered: 11/18/2004) |
| 11/17/2004 |  | Summons Issued as to State of Massachusetts. (Johnson, Jay) (Entered: 11/18/2004) |
| 11/17/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Johnson, Jay) (Entered: 11/18/2004) |
| 03/18/2005 | 2 | AMENDED COMPLAINT against State of Massachusetts, filed by Michael J. Hyde.(Johnson, Jay) (Entered: 03/18/2005) |
| 04/07/2005 | 3 | NOTICE of Appearance by Annette C. Benedetto on behalf of State of Massachusetts (Benedetto, Annette) (Entered: 04/07/2005) |
| 04/07/2005 | 4 | MOTION for Extension of Time to June 29, 2005 to File Answer by State of Massachusetts.(Benedetto, Annette) Additional attachment(s) added on 4/8/2005 (Johnson, Jay). (Entered: 04/07/2005) |
| 05/04/2005 | 5 | Letter/request (non-motion) from Michael Hyde regarding return receipts. (Johnson, Jay) (Entered: 05/05/2005) |
| 05/04/2005 |  | Return receipt received for mail sent to Mass. State Police Crime Lab, 59 Horse Pond Rd, Sudbury. Ma. Delivered on 3/16/05 (Johnson, Jay) (Entered: 05/05/2005) |
| 05/04/2005 |  | Return receipt received for mail sent to Office of Public Safety Delivered on 3/16/05 (Johnson, Jay) (Entered: 05/05/2005) |
| 05/04/2005 |  | Return receipt received for mail sent to Dedham District Court Delivered on 3/16/05 (Johnson, Jay) (Entered: 05/05/2005) |
| 05/04/2005 |  | Return receipt received for mail sent to Norfolk County D.A. Delivered on 3/16/05 (Johnson, Jay) (Entered: 05/05/2005) |
| 05/04/2005 |  | Return receipt received for mail sent to Norfolk County Correctional Center Delivered on (No Date) (Johnson, Jay) (Entered: 05/05/2005) |
| 05/04/2005 |  | Return receipt received for mail sent to State Police Delivered |

| | | |
|---|---|---|
| | | on (No Date) (Johnson, Jay) (Entered: 05/05/2005) |
| 06/27/2005 | 6 | NOTICE of Appearance by Annette C. Benedetto on behalf of Salvatore Paterna, Thomas Connors, Max Pearlman, Edward A. Flynn, Jr (Benedetto, Annette) (Entered: 06/27/2005) |
| 06/27/2005 | 7 | MOTION for More Definite Statement by Salvatore Paterna, Thomas Connors, William R. Keating, Jason Bolio, Max Pearlman, Edward A. Flynn, Jr, Thomas Reilly, Mitt Romney, State of Massachusetts.(Benedetto, Annette) (Entered: 06/27/2005) |
| 06/27/2005 | 8 | MEMORANDUM in Support re 7 MOTION for More Definite Statement filed by Salvatore Paterna, Thomas Connors, William R. Keating, Jason Bolio, Max Pearlman, Edward A. Flynn, Jr, Thomas Reilly, Mitt Romney, State of Massachusetts. (Benedetto, Annette) (Entered: 06/27/2005) |
| 06/27/2005 | 9 | MOTION for Order to Exempt defendants' counsel from rules requiring confering with opposing party by Salvatore Paterna, Thomas Connors, William R. Keating, Jason Bolio, Max Pearlman, Edward A. Flynn, Jr, Thomas Reilly, Mitt Romney, State of Massachusetts.(Benedetto, Annette) (Entered: 06/27/2005) |
| 06/30/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 9 Motion for Order for exemption. (Urso, Lisa) (Entered: 06/30/2005) |
| 07/08/2005 | 10 | Request for notice of default. (Johnson, Jay) (Entered: 07/11/2005) |
| 07/19/2005 | 11 | NOTICE of Appearance by Annette C. Benedetto on behalf of Massachusetts State Police Crime Lab (Benedetto, Annette) (Entered: 07/19/2005) |
| 08/12/2005 | 12 | NOTICE of Appearance by Robert W. Harnais on behalf of Norfolk County House of Correction (Johnson, Jay) (Entered: 08/17/2005) |
| 08/12/2005 | 13 | MOTION for Joinder in co-defendants motion for more definite statement by Norfolk County House of Correction. (Johnson, Jay) (Entered: 08/17/2005) |
| 08/17/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 7 Motion for More Definite Statement without opposition. Plaintiff shall file a short, concise complaint that clearly sets |

| | | |
|---|---|---|
| | | out his claims. It shall be double spaced on one side of the papers only and it shall be filed on or before 9/1/05. (Urso, Lisa) (Entered: 08/17/2005) |
| 08/18/2005 | 14 | MOTION for Extension of Time to File Response/Reply by Michael J. Hyde.(Johnson, Jay) (Entered: 08/19/2005) |
| 08/24/2005 | 15 | NOTICE of Appearance by Scott W. Dunlap on behalf of Paul Baker, Rachel Ruthier (Johnson, Jay) (Entered: 08/30/2005) |
| 08/24/2005 | 16 | MOTION for Joinder in Co-Defendants Motion for a More Definite Statement by Paul Baker, Rachel Ruthier.(Johnson, Jay) (Entered: 08/30/2005) |
| 09/01/2005 | 17 | AMENDED COMPLAINT against Bob Pino, Carl Selavka, Paul Baker, Rachel Ruthier, Salvatore Paterna, Thomas Connors, William R. Keating, Jason Bolio, Max Pearlman, Norfolk County House of Correction, Massachusetts State Police Crime Lab, Edward A. Flynn, Jr, Thomas Reilly, Mitt Romney, State of Massachusetts, filed by Michael J. Hyde. (Attachments: # 1)(Johnson, Jay) (Entered: 09/02/2005) |
| 09/08/2005 | | Judge Rya W. Zobel : Electronic ORDER entered granting 4 Motion for Extension of Time to Answer, granting 14 Motion for Extension of Time to File Response/Reply (Urso, Lisa) (Entered: 09/08/2005) |
| 09/30/2005 | 18 | MOTION for Extension of Time to September 30, 2005 to file motion to dismiss by Salvatore Paterna, Thomas Connors, William R. Keating, Jason Bolio, Max Pearlman, Massachusetts State Police Crime Lab, Edward A. Flynn, Jr, Thomas Reilly, Mitt Romney, State of Massachusetts, Bob Pino, Carl Selavka.(Benedetto, Annette) (Entered: 09/30/2005) |
| 09/30/2005 | 19 | MOTION to Dismiss by Salvatore Paterna, Thomas Connors, William R. Keating, Jason Bolio, Max Pearlman, Massachusetts State Police Crime Lab, Edward A. Flynn, Jr, Thomas Reilly, Mitt Romney, State of Massachusetts, Bob Pino, Carl Selavka.(Benedetto, Annette) (Entered: 09/30/2005) |
| 09/30/2005 | 20 | MEMORANDUM in Support re 19 MOTION to Dismiss filed by Salvatore Paterna, Thomas Connors, William R. Keating, Jason Bolio, Max Pearlman, Massachusetts State Police Crime Lab, Edward A. Flynn, Jr, Thomas Reilly, Mitt Romney, State of Massachusetts, Bob Pino, Carl Selavka. (Benedetto, Annette) (Entered: 09/30/2005) |
| | | |

| | | |
|---|---|---|
| 09/30/2005 | 21 | NOTICE by Salvatore Paterna, Thomas Connors, William R. Keating, Jason Bolio, Max Pearlman, Massachusetts State Police Crime Lab, Edward A. Flynn, Jr, Thomas Reilly, Mitt Romney, State of Massachusetts, Bob Pino, Carl Selavka *of filing with clerk's office of exhibits* (Benedetto, Annette) (Entered: 09/30/2005) |
| 10/03/2005 | 22 | CERTIFICATE OF SERVICE by Salvatore Paterna, Thomas Connors, William R. Keating, Jason Bolio, Max Pearlman, Massachusetts State Police Crime Lab, Edward A. Flynn, Jr, Thomas Reilly, Mitt Romney, State of Massachusetts, Bob Pino, Carl Selavka *to Robert W. Harnais Norfolk County Sheriff's Office of documents filed September 30, 2005.* (Benedetto, Annette) (Entered: 10/03/2005) |
| 10/03/2005 | 23 | NOTICE of filing list of exhibits filed w/the clerks office by Thomas Reilly (Johnson, Jay) (Entered: 10/04/2005) |
| 10/06/2005 | 24 | MOTION for Extension of Time to 10/31/05 to respond to defendants motion to dismiss by Michael J. Hyde.(Johnson, Jay) (Entered: 10/11/2005) |
| 10/17/2005 | 25 | MOTION for Leave to File late motion to dismiss by Norfolk County House of Correction.(Johnson, Jay) (Entered: 10/19/2005) |
| 10/17/2005 | 26 | MOTION to Dismiss by Norfolk County House of Correction. (Johnson, Jay) (Entered: 10/19/2005) |
| 10/17/2005 | 27 | MEMORANDUM in Support re 26 MOTION to Dismiss filed by Norfolk County House of Correction. (Johnson, Jay) (Entered: 10/19/2005) |
| 10/17/2005 | 28 | Exhibit List by Norfolk County House of Correction.. (Johnson, Jay) (Entered: 10/19/2005) |
| 10/17/2005 | 29 | CERTIFICATE OF SERVICE by Norfolk County House of Correction re 25 MOTION for Leave to File, 26 MOTION to Dismiss, 27 Memorandum in Support of Motion, 28 Exhibit List. (Johnson, Jay) (Entered: 10/19/2005) |
| 10/19/2005 | 30 | EMERGENCY MOTION for Sanctions by Michael J. Hyde. (Johnson, Jay) (Entered: 10/20/2005) |
| 10/26/2005 | | Judge Rya W. Zobel : ElectronicORDER entered granting 24 Motion for Extension of Time. Opposition due 10/31/05 (Urso, Lisa) (Entered: 10/26/2005) |

| | | |
|---|---|---|
| 10/31/2005 | 31 | Opposition re 19 MOTION to Dismiss, 26 MOTION to Dismiss filed by Michael J. Hyde. (Johnson, Jay) (Entered: 11/01/2005) |
| 10/31/2005 | 32 | MEMORANDUM in Opposition re 19 MOTION to Dismiss, 26 MOTION to Dismiss filed by Michael J. Hyde. (Attachments: # 1)(Johnson, Jay) (Entered: 11/01/2005) |
| 10/31/2005 | 33 | MOTION for Leave to File Late Motion to Dismiss by Paul Baker, Rachel Ruthier.(Johnson, Jay) (Entered: 11/01/2005) |
| 11/14/2005 | 34 | RESPONSE to Motion re 33 MOTION for Leave to File filed by Michael J. Hyde. (Johnson, Jay) (Entered: 11/15/2005) |
| 11/14/2005 | 35 | MOTION to Strike by Michael J. Hyde.(Johnson, Jay) (Entered: 11/15/2005) |
| 11/14/2005 | 36 | MEMORANDUM in Support re 35 MOTION to Strike filed by Michael J. Hyde. (Johnson, Jay) (Entered: 11/15/2005) |
| 11/14/2005 | 37 | MOTION for Sanctions by Michael J. Hyde.(Johnson, Jay) (Entered: 11/15/2005) |
| 11/14/2005 | 38 | MEMORANDUM in Support re 37 MOTION for Sanctions filed by Michael J. Hyde. (Johnson, Jay) (Entered: 11/15/2005) |
| 11/14/2005 | 39 | MOTION to Suppress by Michael J. Hyde.(Johnson, Jay) (Entered: 11/15/2005) |
| 11/14/2005 | 40 | MEMORANDUM in Support re 39 MOTION Suppress filed by Michael J. Hyde. (Johnson, Jay) (Entered: 11/15/2005) |
| 11/14/2005 | 41 | MOTION for Discovery by Michael J. Hyde.(Johnson, Jay) (Entered: 11/15/2005) |
| 11/14/2005 | 42 | MEMORANDUM in Support re 41 MOTION for Discovery filed by Michael J. Hyde. (Johnson, Jay) (Entered: 11/15/2005) |
| 11/14/2005 | 43 | MOTION to Compel Defendants to Answer the Full Complaint by Michael J. Hyde.(Johnson, Jay) (Entered: 11/15/2005) |
| 11/14/2005 | 44 | MEMORANDUM in Support re 43 MOTION to Compel filed by Michael J. Hyde. (Johnson, Jay) (Entered: 11/15/2005) |
| 12/01/2005 | 45 | Judge Rya W. Zobel : ORDER entered. Plaintiff shall serve on defendants all papers filed in court as required by Rule 5. (Urso, Lisa) (Entered: 12/01/2005) |

| 12/07/2005 | 46 | CERTIFICATE OF SERVICE by Michael J. Hyde re 34 Response to Motion. (Johnson, Jay) (Entered: 12/08/2005) |
|---|---|---|
| 12/07/2005 | 47 | CERTIFICATE OF SERVICE by Michael J. Hyde re 30 Emergency MOTION for Sanctions. (Johnson, Jay) (Entered: 12/08/2005) |
| 12/07/2005 | 48 | CERTIFICATE OF SERVICE by Michael J. Hyde re 32 Memorandum in Opposition to Motion. (Johnson, Jay) (Entered: 12/08/2005) |
| 03/21/2006 |  | Judge Rya W. Zobel : Electronic ORDER entered granting 33 Motion for Leave to File late motion to dismiss. (Urso, Lisa) (Entered: 03/21/2006) |
| 03/21/2006 | 49 | MOTION to Dismiss by Paul Baker, Rachel Ruthier.(Urso, Lisa) (Entered: 03/21/2006) |
| 03/21/2006 | 50 | MEMORANDUM in Support re 49 MOTION to Dismiss filed by Paul Baker, Rachel Ruthier. (Urso, Lisa) (Entered: 03/21/2006) |
| 03/21/2006 | 51 | List of EXHIBITs re 49 MOTION to Dismiss by Paul Baker, Rachel Ruthier. (Urso, Lisa) (Entered: 03/21/2006) |
| 03/23/2006 | 52 | Judge Rya W. Zobel : ORDER entered; Memorandum of Decision;granting 25 Motion for Leave to File, granting 26 Motion to Dismiss, denying 30 Motion for Sanctions, denying 35 Motion to Strike, denying 37 Motion for Sanctions, denying 39 Motion, denying 41 Motion for Discovery, granting 49 Motion to Dismiss, denying 13 Motion for Joinder, denying 16 Motion for Joinder, granting 18 Motion for Extension of Time, granting 19 Motion to Dismiss. Judgment may be entered dismissing the complaint. (Urso, Lisa) (Entered: 03/24/2006) |
| 03/24/2006 | 53 | Judge Rya W. Zobel : ORDER entered. JUDGMENT entered dismissing the complaint. (Urso, Lisa) (Entered: 03/24/2006) |
| 04/13/2006 | 54 | NOTICE OF APPEAL as to 52 Order on Motion for Leave to File,,, Order on Motion to Dismiss,,, Order on Motion for Sanctions,,, Order on Motion to Strike,,,,,, Order on Motion for Miscellaneous Relief,,, Order on Motion for Discovery,,,,,, Order on Motion for Joinder,,,,,, Order on Motion for Extension of Time,,,,, by Michael J. Hyde. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be |

| | | |
|---|---|---|
| | | completed and submitted to the Court of Appeals. Appeal Record due by 5/3/2006. (Attachments: # 1 Exhibit A) (Sonnenberg, Elizabeth) (Entered: 04/13/2006) |
| 04/13/2006 | ◉ | Remark: Cashier returned check to Plaintiff, waiting for correct filing fee amount of $455.00 (Sonnenberg, Elizabeth) (Entered: 04/13/2006) |
| 05/02/2006 | ◉ | Filing fee: $ 455, receipt number 72127 for 54 Notice of Appeal,, (Johnson, Jay) (Entered: 05/02/2006) |