USDCMA
Judge Zobel
04-12429

# United States Court of Appeals
## For the First Circuit



No. 06-1777

MICHAEL J. HYDE,

Plaintiff, Appellant,

v.

STATE OF MASSACHUSETTS, ET AL.,

Defendants, Appellees.

---

**JUDGMENT**

Entered: March 23, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. See 1st Cir. Loc. R. 27.0(c).


Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 4/17/07

By the Court:

**RICHARD CUSHING DONOVAN**
Richard Cushing Donovan, Clerk


[cc: Michael J. Hyde, Annette C. Benedetto, AAG, Thomas F. Reilly, AG, Joseph G. Donnellan, Esq., Robert W. Harnais, Esq. ]